IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GRACE JONAS, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | No. 25-2698 |
| | : | |
| CENTER STAGE COMEDY L.P. | : | |

**ORDER**

AND NOW, this 24th day of September, 2026, upon consideration of Defendant Center Stage Comedy L.P.'s Motion to Dismiss Plaintiffs' Complaint (ECF No. 15), Plaintiffs' opposition (ECF No. 16), and Center Stage Comedy's reply (ECF No. 19), and for the reasons set forth in the accompanying Memorandum, it is ORDERED Center Stage Comedy's Motion (ECF No. 15) is GRANTED IN PART AND DENIED IN PART as follows:

- The Motion is GRANTED as to Count II of the Complaint, which is DISMISSED WITHOUT PREJUDICE.
- The Motion is also GRANTED as to Count IV, which is DISMISSED WITH PREJUDICE.
- The Motion is DENIED as to Counts I and II.
- Plaintiffs are permitted to file an Amended Complaint on or before **October 9th, 2026.**

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.